# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TERESA SOLIS,<br><br>   Defendant. | Case No. 16-cr-00126-003 EJD (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: May 22, 2019 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on May 22, 2019, held a hearing to determine detention or release on supervisory conditions for defendant Teresa Solis. She is charged in this case with violating the terms of her three-year probation. She was previously sentenced to three class D felonies and began her probation in 2017. The defendant appeared at the hearing with her counsel, AFPD Varell Fuller.

Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Solis did not establish evidence to overcome this burden. Consequently, the Court orders the defendant to be detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Court also set a further detention hearing for June 26, 2019 at 1:30 p.m. in San Jose courtroom 5.

IT IS SO ORDERED.

Date: June 4, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge